NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROUDY VITAL,                              )
                                          )
          Appellant,                      )
                                          )
v.                                        )          Case No. 2D17-3477
                                          )
STATE OF FLORIDA,                         )
                                          )
          Appellee.                       )
                                          )
_____     )

Opinion filed January 2, 2019.

Appeal from the Circuit Court for Polk
County; James A. Yancey, Judge.

Howard L. Dimming, II, Public Defender,
and Jean-Jacques A. Darius, Special
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Jeffrey H. Siegal,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


          Affirmed.


VILLANTI, LUCAS, and SALARIO, JJ., Concur.